

FILED
10/06/2021
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 21-0398

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0398

ZACHARY R.E. RUSK,

    Petitioner and Appellant,

v.

THOMAS ROSEEN, CINDY ROSEEN, and
SHAWN ROSEEN,

    Respondents and Appellees.

FILED

OCT 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant's Brief was filed with this Court on October 5, 2021, M. R. App. 10(4) requires that papers presented for filing shall contain a certificate of service in the form of a statement of the date and manner of service and of the names and addresses of the persons served, certified by the person who made service.

Appellant's Brief did not contain a certificate of service. Therefore, the brief does not comply with M. R. App. P. 10(4). Accordingly,

IT IS ORDERED that within ten (10) days of the date of this Order, Appellant shall serve his brief on all opposing parties and file with the Clerk of this Court a signed certificate of service showing the date service was made and the names of the persons served.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the referenced document.

The Clerk of this Court is directed to provide a copy of this Order, together with all copies of Appellant's brief referenced herein, to Appellant and to all parties of record.

DATED this 6 day of October, 2021.

For the Court,

By _____
            Justice